1
2
3
4
5
6
7

8    **UNITED STATES DISTRICT COURT**

9    **DISTRICT OF NEVADA – SOUTHERN DIVISION**

10

11   SELLING SOURCE, LLC, A DELAWARE          ) CASE NO:  2:09-CV-01491-JCM-(GWF)
     LIMITED LIABILITY COMPANY,               )
12                                            )           ORDER ON SELLING
                   PLAINTIFF,                 ) SOURCE'S MOTION FOR ORDER TO
13                                            ) SHOW CAUSE WHY DEFENDANTS
          V.                                  ) SHOULD NOT BE HELD IN CONTEMPT
14                                            ) FOR VIOLATING PRELIMINARY
     RED RIVER VENTURES, LLC, A               ) INJUNCTION
15   DELAWARE LIMITED LIABILITY COMPANY;      )
     CURTIS POPE, AN INDIVIDUAL; CARL         ) Date:   February 10, 2010
16   MICHAEL LANE, AN INDIVIDUAL;             ) Time:  1:30 p.m.
     CHARLIE WURM, AN INDIVIDUAL;             ) Dept:   6A
17   GORDON JONES, AN INDIVIDUAL;             )
     ZURAB DAVITIANI, AN INDIVIDUAL; AND      ) Judge:  Hon. James C. Mahan
18   DOES 1 THROUGH 100, INCLUSIVE,           )
                                              )
19                 DEFENDANTS.                )
                                              )
20   ─────────────────────────────────────────

21        Plaintiff Selling Source, LLC's ("Selling Source") motion for an Order to Show

22   Cause why Defendants Red River Ventures, LLC, Curtis Pope, and Carl Michael Lane

23   (collectively, "Red River") and Third Parties Impact Payment Systems, LLC ("Impact")

24   and Scott Clark, and each of them, should not be held in contempt of the Court's

25   Preliminary Injunction entered on September 29, 2009 (the "Motion") came before the

26   Court on February 10, 2010.  James A. Lassart, Esq. and Spencer C. Martinez, Esq. of

27   Ropers, Majeski, Kohn & Bentley and Douglas L. Monson, Esq. of Goold Patterson Ales

28   & Day appeared on behalf of Selling Source.  Eileen R. Ridley, Esq. and Chad R. Fuller,

Esq. of Foley & Lardner LLP and Roger P. Croteau, Esq. of Roger P. Croteau & Associates, Ltd. appeared on behalf of Red River.   Frank A. Ellis, Esq. of Ellis & Gordon, P.C. appeared on behalf of Defendant Gordon Jones.

Having read and considered the pleadings, briefs, and evidence submitted by the Parties, having heard the arguments of counsel, and good cause appearing therefore, it is hereby ORDERED:

1.     Selling Source has not proven by clear and convincing evidence that Red River or Impact and Scott Clark violated the Court's Preliminary Injunction entered on September 29, 2009.  Accordingly, Selling Source's Motion is **DENIED**.

2.     The Parties shall bear their own costs and fees incurred in connection with the Motion.

**IT IS SO ORDERED**

Dated: February 24, 2010
_____

_____
Hon. James C. Mahan
United States District Court Judge

SDCA_1604167.3