# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELLING SOURCE, LLC, | ) |
| Plaintiff, | ) Case No. 2:09-cv-01491-JCM-GWF |
| vs. | ) **ORDER** |
| RED RIVER VENTURES, LLC, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the Joint Status Report Regarding Settlement (#190) filed January 19, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants Curtis Pope and Carl Michael Lane's Motion to Compel (#177) and Plaintiff's Emergency Motion to Compel Defendants to Appear for Deposition (#180) are **vacated** without prejudice to refiling.

DATED this 11th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge