# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SELLING SOURCE, LLC,

        Plaintiff,

vs.

RED RIVER VENTURES, LLC, *et al.*,

        Defendants.

Case No. 2:09-cv-01491-JCM-GWF

**ORDER TO SEAL**

On April 29, 2011, this Court granted in part the parties' Joint Motion to Seal and/or Redact Portions of Record (#186). (#192). The Court indicated that it would seal the unredacted versions of the documents at issue once the parties filed redacted versions of the documents. The parties filed redacted versions on May 4, 2011. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall **seal** the following filings:

1. *Complaint* (#1) and Exhibit A (#1-1);
2. *AO 120 Report* (#4);
3. *Memorandum of Points and Authorities in Support of the Motion for TRO* (#12);
4. *Decl. of James Lassart* (#13);
5. *Decl. of Stephen Gudelj* (#14);
6. *Decl. of Alton Irby* (#15);
7. *Decl. of Jeff O'Hare* (#16);
8. *Decl. of Soeren Poulsen* (#17);
9. *Opposition to Ex Parte Motion for Temporary Restraining Order and Order to Show Cause* (#33-34);
10. Opposition *To Order to Show Cause on Preliminary Injunction* (#62)
11. *Decl. Of Carl Michael Lane* (#63);

12. Exhibits attached to *Decl. of Curtis Pope* (#64-1, 64-2, 64-3, 64-4, 64-5, 64-6);

13. *Decl. of Roger Croteau* (#65);

14. *Motion to Compel and Appoint Computer Forensics Expert* (#85-86);

15. *Reply in Support of TRO Motion* (#89);

16. *Answer and Counterclaims* (#94);

17. *Transcript of TRO Hearing* (#103);

18. Exhibits attached to *Motion for Order to Show Cause* (#129-1, 129-3, 129-4, 129-5, 129-6, 129-7);

19. *Opposition to Motion to Show Cause* (#134);

20. *Chad R. Fuller Declaration* (#135);

21. *Declaration of Travis Rodack* (#138);

22. *Reply in Support of Motion for Order to Show Cause* (#140) and attached exhibits (#140-2, 140-3, 140-4, 140-5);

23. *Transcript of Hearing on Motion for Order to Show Cause* (#152);

24. *Motion to Quash Subpoena* (#165);

25. *Errata to Motion to Quash* (#166);

26. Exhibits attached to *Defendants' Motion to Compel Discovery Responses* (#177-1, 177-4); and

27. *Emergency Motion to Compel Defendants to Appear for Deposition* (#180), but not any exhibits attached thereto.

DATED this 6th day of May, 2011.

                                                                                       */s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**U.S. MAGISTRATE JUDGE**